Peter JOHNSON, Plaintiff-Appellant, v. BOARD OF LEVEE COMMISSIONERS, ORLEANS LEVEE DISTRICT, Defendant-Appellee.

Edwin RICHAUX, Plaintiff-Appellant, v. SAME.

Sam HILL, Plaintiff-Appellant, v. SAME.

Edwin MESSA, Plaintiff-Appellant, v. SAME.

Edwin HOWARD, Plaintiff-Appellant, v. SAME.

Joseph SIMEON, Plaintiff-Appellant, v. SAME.

Rufus B. MORAN, Plaintiff-Appellant, v. SAME.

Nos. 13319, 13248, 13245, 11953, 13321, 13226, 13250.

Court of Appeal, of Louisiana. Orleans. Nov. 27, 1933.

PER CURIAM.

The above-numbered and designated cases arise out of the artificial crevasse at Caernarvon in the year 1927. In each of the cases the plaintiff presents a claim for loss of earnings as the result of being thrown out of employment.

In Foret v. Board of Levee Commissioners Orleans Levee District, 169 La. 427, 125 So. 437, the Supreme Court of Louisiana affirmed a judgment dismissing a suit based on